IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

Administrative Matter re: William Windsor.

_____/

Nos. C 14-mc-80248  CW

ORDER

On August 26, 2014, William Windsor sent a letter to this Court attaching an order from the San Mateo County Superior Court directing him to comply with an order entered by Judge Thomas Thrash in the Northern District of Georgia. The order entered by the Georgia Court states:

> Plaintiff William Windsor and any parties acting in concert with him or at his behest are PERMANENTLY ENJOINED from filing any complaint or initiating any proceeding, including any new lawsuit or administrative proceeding, in any court (state or federal) or agency in the United States without first obtaining leave of a federal district court in the district in which the new complaint or proceeding is to be filed. In seeking such leave, the Plaintiff must present any such court with a copy of this Order. If the lawsuit or administrative proceeding names federal judges or court employees, the Plaintiff must also tender a $50,000.00 cash bond or a $50,000.00 corporate surety bond sufficient to satisfy an award of Rule 11 sanctions since such actions are presumably frivolous. Failure to obey this Order, including by attempting to avoid or circumvent the intent of this Order, will be grounds for sanctions including contempt.

Windsor v. Hatten, Case No. 11-1923 (N.D. Ga. July 15, 2011).

     Mr. Windsor seeks an order granting him leave to pursue his state court case.  After considering Mr. Windsor's request, this Court orders that Windsor may pursue his state court action, subject to any state court rulings to the contrary.

     IT IS SO ORDERED.

Dated: 9/15/2014                    CLAUDIA WILKEN
                                    United States District Judge